TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
CHELSEE C. JENSEN, ESQ., Nevada Bar No. 14549
cjensen@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Movant Area 15 Las Vegas LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE SUBPOENAS TO LISA JARAMILLO AND GEORGE JARAMILLO, I | CASE NO.: 2:23-cv-00349-RFB-BNW |
| GEORGE JARAMILLO, II, an individual, *Plaintiff*, v. AREA 15 LAS VEGAS LLC, a Delaware Limited Liability Company, AREA 15 GLOBAL LLC, a Delaware Limited Liability Company, ARNOLD FISHER, an Individual, KENNETH FISHER, an Individual, STEVEN FISHER, an Individual, WINSTON FISHER, an Individual, FISHER BROTHERS MANAGEMENT CO. LLC, a New York Limited Liability Company, FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC, a New York Limited Liability Company, and DOES 1-50 Inclusive, *Defendants*. | Rel. Case No.: 2:21-cv-00891-RFB-BNW  **STIPULATION AND ORDER FOR CONSOLIDATION** |

For the reasons set forth in the Joint Status Report filed concurrently herewith (ECF No. 18), the Parties hereby stipulate and agree, through their undersigned counsel of record, to consolidate the instant matter, Case No. 2:23-cv-00349-RFB-BNW, with the lead matter, Case No. 2:21-cv-00891-RFB-BNW, for all purposes.

The Parties further stipulate and agree that a hearing should be set on the Motion to Enforce Subpoenas to George Jaramillo, I and Lisa Jaramillo, filed herein, on April 6, 2023, at

25338333

10:00 A.M., before the Hon. Brenda Weksler, to be heard with Area 15 Las Vegas LLC's Motion to Compel for the reasons stated in the Joint Status Report.

DATED this 13th day of March, 2023.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KAPLAN YOUNG |
| BY: */s/ Travis F. Chance* <br> TRAVIS F. CHANCE, ESQ. <br> tchance@bhfs.com <br> EMILY L. DYER, ESQ. <br> edyer@bhfs.com <br> EMILY L. DYER, ESQ. <br> edyer@bhfs.com | BY: */s/ Kory L. Kaplan* <br> KORY L. KAPLAN, ESQ. <br> Email: kory@kaplanyoung.com <br><br> *Attorneys for Plaintiff George Jaramillo, II and Respondents Lisa Jaramillo and George Jaramillo, I* |
| *Attorneys for Movant Area 15 Las Vegas LLC* | |

## ORDER

IT IS ORDERED that ECF No. 19 is GRANTED in part and DENIED in part. It is granted to the extent that 2:23-cv-00349 is consolidated with the lead matter, 2:21cv891. It is denied to the extent that the parties request an April 6, 2023 hearing. The Court already rescheduled the hearing on ECF No. 1 to March 30, 2023 to coincide with the hearing scheduled in 2:21-cv-00891.

**IT IS SO ORDERED**

**DATED:** 9:21 am, March 21, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

25338333